S. Grace Acosta, #9836
Jonathan H. Rupp, #11463
**SCALLEY READING BATES**
**HANSEN & RASMUSSEN, P.C.**
15 West South Temple, Suite 600
Salt Lake City, Utah 84101
Telephone: (801) 531-7870
Facsimile: (801) 531-7968
Email: gacosta@scalleyreading.net
Email: jhrupp@scalleyreading.net

Attorneys for Defendant Johnson Mark, LLC; William A. Mark; Butch Johnson.

### IN THE UNITED STATES DISTRICT COURT

### FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| HUGO MARTINEZ and CLAUDIA MARTINEZ,<br><br>Plaintiffs,<br><br>v.<br><br>BUTCH JOHNSON, WILLIAM A. MARK and JOHNSON MARK LLC,<br><br>Defendants. | **STATUS OF UNDERLYING CASES**<br><br>Case No.: 2:11-cv-00157-DN<br><br>**Judge:**<br><br>**Magistrate Judge: David Nuffer** |

In compliance with the March 11, 2011 order by U.S. Magistrate Judge Nuffer, Defendant submits the following status of underlying cases Hugo Martinez v. Capital One Bank, Utah Third District Court Case No. 090913503 and Capital One Bank v. Hugo Martinez, Utah Third District Court Case No. 100907733. The Court in the case of Martinez v. Capitol One set

1

aside the default judgment and voided the writ of garnishment. In light of these developments, Defendants in this action believe they are in a position to respond to the allegations raised by Plaintiff's complaint and ask that the court lift the stay.

DATED this 9th day of June 2011

                              SCALLEY READING BATES
                              HANSEN & RASMUSSEN, P.C.

                              /s/ Grace Acosta
                              _____
                              S. GRACE ACOSTA
                              Attorneys for Defendants