S. Grace Acosta, #9836
Bradley Madsen, # 13289
**SCALLEY READING BATES**
**HANSEN & RASMUSSEN, P.C.**
15 West South Temple, Suite 600
Salt Lake City, Utah 84101
Telephone: (801) 531-7870
Facsimile: (801) 531-7968
Email: gacosta@scalleyreading.net
Email: bmadsen@scalleyreading.net

Attorneys for Defendant Johnson Mark, LLC; William A. Mark; Butch Johnson.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| HUGO MARTINEZ and CLAUDIA MARTINEZ,<br><br>Plaintiffs,<br><br>v.<br><br>BUTCH JOHNSON, WILLIAM A. MARK and JOHNSON MARK LLC,<br><br>Defendants. | **CROSS MOTION FOR SUMMARY JUDGMENT**<br><br>Case No.: 2:11-cv-00157-DN<br><br>**Judge:**<br><br>**Magistrate Judge: David Nuffer**<br><br>**(Oral Argument Requested)** |

Pursuant to Rule 7 and 56 of the Federal Rules of Civil Procedure, Defendants Butch Johnson, William A. Mark and Johnson Mark LLC hereby moves the Court for summary judgment on all claims of the Plaintiffs. The reasoning behind this request is set forth in the accompanying memorandum of points and authorities and the supporting affidavits.

1

DATED this 7th day of October 2011

        **SCALLEY READING BATES**
        **HANSEN & RASMUSSEN, P.C.**

        */s/ S. Grace Acosta*
        _____
        S. GRACE ACOSTA
        Attorneys Defendants

## CERTIFICATE OF SERVICE

Pursuant to UTAH R. CIV. P. 5, the undersigned hereby certifies that on the date indicated below a true and correct copy of the foregoing **CROSS MOTION FOR SUMMARY JUDGMENT** was served by the method indicated below to the following:

| | |
|---|---|
| Brian Steffensen<br>448 East 400 South Suite 100<br>Salt Lake City UT 84111<br><br>*Attorney for Plaintiff* | (X) U.S. Mail, Postage Prepaid<br>( ) Hand Delivered<br>( ) Overnight Mail<br>( ) Facsimile<br>( ) E-Mail |
| Bill Mark<br>Johnson Mark LLC<br>11778 S. Election Drive, Suite 240<br>Draper, UT 84020-6808 | ( ) U.S. Mail, Postage Prepaid<br>( ) Hand Delivered<br>( ) Overnight Mail<br>( ) Facsimile<br>(X) E-Mail |

DATED this 7 day of October 2011.

SCALLEY READING BATES
HANSEN & RASMUSSEN, P.C.

*/s/ Melissa Miller*
Melissa Miller